O

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY *Petitioner*
FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 1/5/2015

D. Vo

DEPUTY CLERK

FILED
CLERK, U.S. DISTRICT COURT

JAN - 5 2015

CENTRAL DISTRICT OF CALIFORNIA
BY            D V            DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JAMES SHEPPARD,                     )   Case No. CV 14-7180-JFW (RNB)
                                    )
                Petitioner,         )
                                    )   ORDER ACCEPTING FINDINGS
       vs.                          )   AND RECOMMENDATIONS
                                    )   OF UNITED STATES
CLIFF ALLENBY,                      )   MAGISTRATE JUDGE
                                    )
                Respondent.         )
_____)

        Pursuant to 28 U.S.C. § 636, the Court has reviewed the operative First
Amended Petition, records on file herein, and the Report and Recommendation of the
United States Magistrate Judge. Further, the Court has engaged in a de novo review
of those portions of the Report and Recommendation to which objections have been
made. The Court accepts the findings and recommendations of the Magistrate Judge.

        IT THEREFORE IS ORDERED that Judgment be entered denying the
operative First Amended Petition and dismissing this action with prejudice.

DATED: January 5, 2015

                                    JOHN F. WALTER
                                    UNITED STATES DISTRICT JUDGE