JS-6
Entered

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 1/5/2015

D Vo
DEPUTY CLERK

FILED
CLERK, U.S. DISTRICT COURT
JAN - 5 2015
CENTRAL DISTRICT OF CALIFORNIA
BY DV DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JAMES SHEPPARD,

    Petitioner,

vs.

CLIFF ALLENBY,

    Respondent.

Case No. CV 14-7180-JFW (RNB)

**J U D G M E N T**

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the operative First Amended Petition is denied and this action is dismissed with prejudice.

DATED: January 5, 2015

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JAN - 5 2015
CENTRAL DISTRICT OF CALIFORNIA
BY DV DEPUTY

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE